# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JUANA MICHELLE BROWN, Administratrix of the                    PLAINTIFF
ESTATE OF LAKEISHA SHANTRAIL BROWN, Deceased

v.                            No. 4:06CV00434 JLH

CORNELL INTERVENTIONS, INC.;
DR. ROBERT CHOATE; TREATMENT SUPERVISOR
JOY COLE; NURSE KIMBERLY COLCLOUGH;
NURSE HOLLY CLARK; NURSE KATRINA
GARCIA; NURSE LYNETTA BUCKLEY;
NURSE POLLY KING; NURSE PENNY BRUNO;
NURSE JOYCE MOORE; and NURSE BARBARA DANIELS          DEFENDANTS

## ORDER

The Motion to Dismiss of Joann McCoy is GRANTED. Document #50. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this action is dismissed without prejudice as to Joann McCoy because more than 120 days have elapsed since filing of the complaint, and McCoy has not been served with summons and complaint.

IT IS SO ORDERED this 30th day of August, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE